# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF S.J.

NO.   2019 CW 1380

**OCTOBER 24, 2019**

In Re:   State of Louisiana through the Department of Children and Family Services, applying for supervisory writs, Juvenile Court, Parish of East Baton Rouge, No. 109199.

BEFORE:   **HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**   Once a judgment with appropriate decretal language is issued by the district court, such a ruling will represent a final, appealable judgment, and relator will be entitled to file a motion for an appeal therefrom in accordance with applicable law.   A final and appealable judgment must be precise, definite and certain, and must also contain decretal language, name the party in favor of whom the ruling is ordered, the party against whom the ruling is ordered, as well as the relief which is expressly granted or denied.

                              **TMH**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT